ORIGINAL

CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 08 2024

at ____ o'clock and ____ min. ____ M
Lucy H. Carrillo, Clerk

MARSHALL H. SILVERBERG #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: Marshall.Silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 23-00078 DKW |
| Plaintiff, | SUPERSEDING INDICTMENT |
| vs. | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C); 18 U.S.C. §§ 922(g)(1), 924(a)(8); 924(c)(1)(1)(A)(i)] |
| ANTHONY A. BIRANO, | |
| Defendant. | |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about July 20, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally distribute a controlled substance, namely five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

Count 2
Distribution of a Controlled Substance (Methamphetamine)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about July 28, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally distribute a controlled substance, namely five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 3
### Distribution of a Controlled Substance (Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about August 16, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally distribute a controlled substance, namely five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 4
### Distribution of a Controlled Substance (Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about September 1, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally distribute a controlled substance, namely five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 5
### Possession with Intent to Distribute a Controlled Substance (Methamphetamine)
### (21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B))

On or about September 8, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally possess with intent to

distribute a controlled substance, namely five grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## Count 6
Possession with Intent to Distribute a Controlled Substance (Heroin)
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C))

On or about September 8, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly and intentionally possess with intent to distribute a controlled substance, namely heroin, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 7
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A)(i))

On or about September 8, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, did knowingly possess a firearm, namely a Model 36, .38 caliber Smith & Wesson revolver, bearing serial number AHL8521, loaded with four rounds of .38 caliber ammunition, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the drug trafficking crimes charged in Counts 5 and 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## Count 8
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. §§ 922(g)(1) and 924(a)(8))

On or about September 8, 2022, within the District of Hawaii, ANTHONY A. BIRANO, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess in and affecting interstate commerce a firearm and ammunition, namely a Model 36, .38 caliber Smith & Wesson revolver, bearing serial number AHL8521, and four rounds of .38 ammunition, all having been previously shipped and transported in interstate commerce before reaching Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

\\

\\

\\

\\

\\

\\

\\

\\

Prior Serious Drug Felony Conviction

Before ANTHONY A. BIRANO, the defendant, committed the offenses charged in Counts 1-6 of this Indictment, he had a final conviction for a "serious drug felony" as that term is defined in Title 21, United States Code, Section 802(57), namely, a 2005 conviction under Hawaii Revised Statutes Section 712-1240.6, Unlawful Methamphetamine Trafficking, an offense involving manufacturing, distributing, or possessing with intent to manufacture or distribute, a controlled substance, for which a maximum term of imprisonment of ten years or more is prescribed by law, for which he served a term of imprisonment of more than 12 months, and for which his release from that term of imprisonment was within 15 years of the commencement of the offenses charged in Counts 1-6 of this Indictment.

DATED: February 8, 2024, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

CLARE E. CONNORS
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG
Assistant U.S. Attorney

United States v. Anthony A. Birano
Superseding Indictment
Cr. No. 23-00078 DKW